## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08-cr-5-WKW |
| ) | |
| CURTIS PORTERFIELD ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Curtis Porterfield**, in the above-styled case.

Dated this 23rd day of January, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:08-cr-5-WKW |
| ) | |
| **CURTIS PORTERFIELD** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

                          Respectfully submitted,

                          s/ Donnie W. Bethel
                          DONNIE W. BETHEL
                          Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail: don_bethel@fd.org
                          IN Bar Code: 14773-49