## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:08-cr-5-WKW |
| ) | |
| **CURTIS PORTERFIELD** ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Curtis Porterfield. In support of this Motion, counsel states the following:

1. The Federal Defender Office was appointed to represent Mr. Porterfield on January 15, 2008.

2. Undersigned Counsel discovered that a conflict exists between Mr. Porterfield and another client, which conflict requires counsel to withdraw from further representation of both clients. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Undersigned Counsel requests that CJA panel attorney, Andrew Skier, be appointed to represent Mr. Porterfield in all further proceedings in this case. Mr. Porterfield will not be prejudiced by such a change in counsel at this time, and Mr. Skier has agreed to accept appointment.

WHEREFORE, Undersigned Counsel respectfully requests that this Motion be granted.

Dated this 21st day of February, 2008.

        Respectfully submitted,


        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-cr-5-WKW |
| | ) | |
| **CURTIS PORTERFIELD** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Shepherd, Esq.
Assistant U. S. Attorney

                                        Respectfully submitted,

                                        s/ Donnie W. Bethel
                                        DONNIE W. BETHEL
                                        Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail:don_bethel@fd.org
                                        IN Bar Code: 14773-49