IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:08cr05-WKW |
| CURTIS PORTERFIELD ) | |

**ORDER ON MOTION**

On February 21, 2008, Defendant, Curtis Porterfield, filed a motion to withdraw Attorney Donnie W. Bethel of the Federal Defenders as Counsel of Record and for Appointment of CJA Panel Attorney (Doc. #15). Upon consideration of the motion and, for good cause, it is

ORDERED that the motion (Doc. #15) is GRANTED. Donnie W. Bethel and the Federal Defenders Office is withdrawn as lead counsel. It is further

ORDERED that CJA Panel Attorney Andrew Skier is appointed as lead counsel.

Done this 22nd day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE