## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **Plaintiff,** * | |
| * | |
| VS. * | **CASE NO. 2:08-CR-5-WKW** |
| * | |
| **CURTIS PORTERFIELD** * | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Comes now Andrew M. Skier, Attorney at Law, and hereby files this notice of appearance as Court-Appointed Counsel on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 22 day of February 2008.

s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Hon. Matthew W. Shepherd
Assistant US Attorney

                                         s/ Andrew M. Skier
                                         ANDREW M. SKIER  (SKI013)
                                         PO Box 4100
                                         Montgomery, AL  36103-4100
                                         (334) 263-4105 (Voice)
                                         (334) 263-4766 (Fax)
                                         Email:  amskier@mindspring.com