```
       IN THE DISTRICT COURT OF THE UNITED STATES
         FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cr5-WKW |
| | ) | |
| **CURTIS PORTERFIELD** | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 19th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                  Respectfully submitted,

                                  **/s/Tommie Brown Hardwick**  
                                  TOMMIE BROWN HARDWICK  
                                  Assistant United States Attorney