IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:08cr05-WKW |
| CURTIS PORTERFIELD    ) | |

**ORDER ON MOTION**

On 31 March 2008, Defendant, Curtis Porterfield, filed a Motion to Allow Out-Of-Time Filing of Motion to Suppress (Doc. #21). The Government does not oppose the motion. Upon consideration, it is

ORDERED that the Motion (Doc. #21) is GRANTED. The Clerk of the Court is directed to docket document #21-1 as a Motion to Suppress. It is further

ORDERED that the Government shall file its response **on or before 7 April 2008**. At this time, the Court does not believe a hearing on the issue is necessary, but will revisit the issue upon receipt of the Government's brief.

Done this 31st day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE