IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08cr05-WKW |
| ) | |
| CURTIS PORTERFIELD ) | |

### MOTION TO SUPPRESS

**COMES NOW** the Defendant, Curtis Porterfield, by and through his undersigned counsel, Andrew M. Skier, and pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, as well as the Fourth Amendment to the United States Constitution, and moves this Court for an Order suppressing any and all items seized during the September 8, 2006 search of Mr. Porterfield's residence, and any other or subsequent evidence discovered during or as a result of the search, and to prohibit the Government from introducing into evidence any reference to any statements made by Curtis Porterfield or any items seized as a result of the search.

### Issues Presented

1. Whether the Search Warrant relied upon in the September 8, 2006 search of Mr. Porterfield's residence was void on it's face, having been signed by a State District Court Judge without jurisdiction and not in compliance with state law, and therefore any evidence seized as a product of said Search Warrant, or any fruits of said illegally seized evidence, should be suppressed.

## Facts

On September 8, 2006, a warrant was issued authorizing the search of Curtis Porterfield's residence at 104-A Pecan Grove, Fort Deposit, AL. The application and affidavit used to obtain said warrant was signed by Agent Matt Bowman, of the Alabama Bureau of Investigation. The application and affidavit begins with the following text:

> "BEFORE ME, Judge J.M. Russell, Jr, DISTRICT JUDGE for Butler COUNTY, ALABAMA, acting as District Judge for Lowndes County, Alabama, due to Judge Bozeman being out of town at the time of the issuance of this application, affidavit, and warrant, personally appeared Agent Matt Bowman who being by me first duly sworn, deposes and says:"

The warrant itself is signed by Judge Russell.

No indication is given of what authorization Judge Russell has to act in the capacity of District Judge of Lowndes County, whether on September 8, 2006 or at any other time.

At approximately 7 PM on the same day, the Search Warrant was executed. Among the items recovered from Mr. Porterfield's residence were a Revelation model 350 Series M 16-gauge shotgun; a Norinco SKS, 7.62 mm rifle; and an Amadeo Rossi .38 caliber handgun. These weapons are listed in Count One of the pending indictment in the present case.

## Discussion

Rule 3.7 of the Alabama Rules of Criminal Procedure outlines persons who are authorized to issue Search Warrants under Alabama law:

> "Upon request of a law enforcement officer or district attorney, a search warrant authorized by this rule may be issued by:
>
>   (i) A magistrate who is authorized to practice law in the State of Alabama,

or who is authorized by law to issue search warrants, within the magistrate's territorial jurisdiction; or

    (ii) A municipal judge, if the search is to be conducted within the police jurisdiction of the municipality; or

    (iii) A district judge within the county; or

    (iv) A circuit judge within the judge's circuit.

In the case before this Court, the Search Warrant was issued by a District Judge from outside the jurisdiction (Russell County) where the home to be searched was located (Lowndes County.) The Application for the Search Warrant indicates that Judge J.M. Russell was "acting as District Judge for Lowndes County due to Judge Bozeman being out of town." Alabama law makes no provision for a judge to act beyond the scope of his territorial jurisdiction simply because the judge within the jurisdiction in question is out of town. Since the Search Warrant is not signed by a person authorized under the requirements of Alabama law, it is void as a matter of law.

There is no indication in the discovery provided to Defense Counsel that, absent the void warrant, any of the weapons listed in Count One of the indictment would have been discovered or obtained by law enforcement. Therefore, this evidence is due to be suppressed and excluded from being presented to the jury in this case.

### Conclusion

The Defendant prays that this Honorable Court conduct an evidentiary hearing to review the facts and circumstances surrounding the search of Mr. Porterfield's residence on September 8, 2006, and after conducting such hearing, issue an Order granting the motion and suppressing all evidence seized during the search of the residence and vehicle or as a result thereof. Additionally, any and all further evidence obtained as a result of the unlawful seizure of the weapons and ammunition are "fruit of the poisonous tree" and are due to be suppressed as well.

*See Mapp v. Ohio*, 367 U.S. 643, 654 (1961); *Wong Sun v. United States*, 371 U.S. 471, 487-88 (1963).

Dated this 31st day of March 2008.

Respectfully submitted,

s/Andrew M. Skier
**ANDREW M. SKIER**
505 South Perry Street
Montgomery, AL 36104
Phone: (334) 263-4105
Fax: (334) 263-4766
amskier@mindspring.com
AL Bar Code: SKI013

APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

STATE OF ALABAMA    IN THE DISTRICT COURT OF
VS. CURTIS PORTERFIELD    Lowndes County, ALABAMA

BEFORE ME, Judge J.M. Russell, Jr., DISTRICT JUDGE FOR Butler COUNTY, ALABAMA, acting as District Judge for Lowndes County, Alabama, due to Judge Bozeman being out of town at the time of the issuance of this application, affidavit, and warrant, personally appeared Agent Matt Bowman who being by me first duly sworn, deposes and says:

My name is Agent Matt Bowman of the Alabama Bureau of Investigation. I have been in law enforcement since 1998, serving as an officer with the Alabama State Troopers since 2001, transferring to serve as an Agent for the ABI in January of 2006. While in Law Enforcement, I have been involved in investigating over twenty homicides.

On or about 08 Sep 06, Leon Harris died at 409 Edgewood in Ft. Deposit, AL 36032. Harris's girlfriend, Barbara Ann Phifer has given testimony that one of the last statements that Leon Harris gave before his death was that Curtis Porterfield had assaulted him including injuring him in the head. This assault would have occurred immediately prior to the death of Leon Harris. Phifer indicated that Harris stated that Porterfield had also kicked Harris in the head during the assault. Curtis Porterfield is currently a suspect in the death of Leon Harris.

Due to my experience as an investigator, I understand that physical evidence may be present on the shoes and clothing of Curtis Porterfield that he may have been wearing at the time of the assault; additionally, Curtis Porterfield may have in his possession a weapon used during the assault that may contain evidence of the assault. Such evidence would include physical evidence that might be recovered during forensic testing for such substances as hair, DNA, blood, and other biological substances. I am requesting this search warrant in order to take any items that could be the items of clothing and/or shoes worn by Porterfield during the assault, and/or any items that could have been weapons used by Porterfield during the assault, into my custody and in order to turn them over to the Alabama Department of Forensic Sciences and/or any other applicable agency for evidence collection if necessary.

This person is known as Curtis Porterfield, 9/26/59, Social 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, Black Male, and is a resident of Ft. Deposit, AL. A residence and curtilage thereof lies within the borders of Lowndes County, Alabama. This residence and the curtilage thereof is known as 104-A Pecan Grove, Ft. Deposit, AL 36032. This is the residence where it is known that Curtis Porterfield resides, and I request that the search is to include Curtis Porterfield's person, along with any vehicles present at the residence and any outbuildings, sheds or garages located within the curtilage thereof. Directions to the residence are as follows: From the Ft. Deposit Police Department take Old Ft. Road to Gilmer Hills Road - take a right on Edgewood Drive. Go to Pecan Grove Apartments and take a left. Proceed to 104-A Pecan Grove. Residence includes brick apartment which is labeled on the wall with the apartment number. From the Police Department, the residence is approximately .7 of a mile. I request that the search shall also include cars known to be owned by Curtis Porterfield and that have I have observed parked at the residence today, including a Green Mercury Sable, Charcoal Grey Volvo, and White Cadillac.

Due to my experience as an investigator, I understand that physical evidence such as I am requesting to search for may be easily destroyed and or concealed by suspects. Due to the nature of the evidence being searched for and the Exigent Circumstances present in this case, along with the real possibility that evidence may be destroyed if service of this warrant is delayed, I am requesting that this warrant be issued for service at any time, day or night. We anticipate serving this warrant immediately upon issuance - we are currently assembling an evidence collection team and adequate manpower.

Affiant shows that based on the above and foregoing facts and information, affiant has probable cause to believe that the above described property is present upon the aforesaid (premises) (person) (vehicle)(curtilage thereof) and is subject to seizure and makes this affidavit so that a warrant may issue to search the said (premises) (person) (vehicle)and (curtilage thereof).

Agent Matt Bowman
**ALABAMA BUREAU OF INVESTIGATION**

SWORN TO and subscribed before me this the _____ day of _____, 2006.

DISTRICT JUDGE

38

SEARCH WARRANT

STATE OF ALABAMA                    IN THE DISTRICT COURT OF
VS. CURTIS PORTERFIELD              LOWNDES COUNTY, Alabama

TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to forthwith search:

THE FOLLOWING PERSON AND/OR PLACE(s) AND/OR ITEM(s): A person, known as Curtis Porterfield, 9/26/59, Social 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, Black Male is a resident of Ft. Deposit, AL. A residence and curtilage thereof lies within the borders of Lowndes County, Alabama. This residence and the curtilage thereof is known as 104-A Pecan Grove, Ft. Deposit, AL 36032. This is the residence where it is known that Curtis Porterfield resides, and search is to include Curtis Porterfield's person, residence, and any vehicles present at the residence and any outbuildings, sheds or garages located within the curtilage thereof. Directions to the residence are as follows: From the Ft. Deposit Police Department take Old Ft. Road to Gilmer Hills Road - take a right on Edgewood Drive. Go to Pecan Grove Apartments and take a left. Proceed to 104-A Pecan Grove. Residence includes a brick apartment which is labeled on the wall with the apartment number. From the Police Department, the residence is approximately .7 of a mile. Search shall also include cars known to be owned by Curtis Porterfield and that have been parked at the residence today, including a Green Murcury Sable, Charcoal Grey Volvo, and White Cadillac.

FOR THE FOLLOWING PROPERTY: **ANY AND ALL CLOTHING, SHOES, AND/OR WEAPONS THAT MAY BE COLLECTED FROM SAID PERSON, PLACE(S), and/or ITEM(S), INCLUDING BUT NOT LIMITED TO ITEMS THAT MAY CONTAIN EVIDENCE SUCH AS HAIR, BLOOD, DNA, OR OTHER BIOLOGICAL MATERIALS,** and make return of this warrant and an inventory of all property seized there under before me within seven (7) days (not to exceed ten (10) days) as required by law.

Due to the Exigent Circumstances present in this case and the real possibility that evidence may be destroyed if service of this warrant is delayed, this warrant may be served at any time, day or night.

ISSUED TO: Agent Matt Bowman, **ALABAMA BUREAU OF INVESTIGATION** at 6:00 o'clock, P. .m., and this 8th day of, SEPT. 2006.

_____
District Judge

### Return and Inventory

I certify that I executed the foregoing Search Warrant as directed therein by searching the person or place therein described at 7:00 o'clock, P .m., September 8, 2006, and:

( ) Did not find and seize any property located thereon.

or:

(✓) Found and seized the following-described property and made return of the same to the Court at 9:00 o'clock, A .m, September 14 2006.

1- Interarms .38 caliber Revolver (# D553531)
5- .38 caliber rounds
1- Norenco SKS 7.62 Semi Automatic Rifle (# 1612352)
1- Clip for Rifle
11- 7.62 rounds
1- Revelation model 350m Series Shotgun 16 Gauge (# P727671) + 1 16 Gauge shell
1- Pair white + black Reebok Tennis Shoes
1- Pair Tan Stacy Adams Shoes
1- Pair white + black Adidas Tennis Shoes
1- Pair Hugo Vitelli Shoes

(✓) Copy of warrant and endorsed copy of inventory left in

accordance with Rule 3.11(a), Ala. Rules of Crim. Proc.

Date: 9-8-2006

                        Signature of Law Enforcement Officer

                        Matt B_____ AGENT, ABI

                        Title and Agency

                        Receipt

        I acknowledge receipt of return of foregoing Search Warrant and list of all items, if any, noted on the foregoing inventory, at the date and time noted above.

Date: Sept 14 2006

                        Judge/Magistrate

41