IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:08-cr-005-WKW |
| | ) | |
| CURTIS PORTERFIELD | ) | |

RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby requests that this Honorable Court deny Defendant's Motion to Suppress. As grounds in support of this Response, the United States sets forth the following:

FACTS

On September 8, 2006, agents with the Alabama Bureau of Investigation conducted a search of the residence of the defendant, Curtis Porterfield, at 104-A Pecan Grove, Fort Deposit, Alabama, pursuant to a search warrant. During this search, agents located three firearms in the residence–a Revelation 16 gauge shotgun, a Norinco SKS 7.62 mm rifle, and an Amadeo Rossi .38 caliber pistol. The defendant is charged with possession of these firearms in Count 1 of the indictment.

The search warrant was issued on September 8, 2006, by Butler County District Judge J.M. Russell, Jr. Porterfield's residence to be searched is located in Lowndes County. The warrant stated that Judge Russell, although a District Judge for Butler County, Alabama, was acting as the District Judge for Lowndes County, due to the Lowndes County District Judge, Judge Bozeman, being out of town.

On October 1, 2003, Lowndes County Chief Circuit Court Judge H. Edward McFerrin, issued

a standing order for Lowndes County, Alabama, which stated that Crenshaw County District Judge Thomas E. Sport, and Butler County District Court Judge J. MacDonald Russell, Jr., were appointed Acting District Judges for Lowndes County and authorized to sign search warrants in the absence or unavailability of the District Judge of Lowndes County, until further order of the court. A certified copy of the standing order is attached as Exhibit 1.

## ANALYSIS

In his motion, the defendant argues that the warrant issued on September 8, 2006, was void on its face because Judge Russell did not have jurisdiction to issue a search warrant in Lowndes County, outside of Butler County. The defendant argues that Alabama law does not provide for a judge to act outside of his jurisdiction simply because that jurisdiction's judge is absent or unavailable.

In this case, however, the judge who issued the warrant was authorized to issue a warrant in Lowndes County. Chief Circuit Court Judge McFerrin of Lowndes County appointed District Court Judge Russell of Butler County as acting District Court Judge of Lowndes County, with authority to sign search warrants, pursuant to Rule 13(A) of the Alabama Rules of Judicial Administration, which states, "The presiding circuit judge may temporarily assign circuit or district court judges to serve either within the circuit or in district courts." Therefore, contrary to the assertions in defendant's motion, Judge Russell had jurisdiction to issue a warrant for a search of defendant's residence in Lowndes County.

In addition, even if Judge Russell was not technically authorized to issue a search warrant for a residence in Lowndes County, the Alabama Bureau of Investigation agents were entitled to reasonably rely on the warrant in good faith pursuant to United States v. Leon, 468 U.S. 897 (1984).

Officers are entitled to rely on warrants issued by magistrates or judges, even if the warrant is technically invalid, if such reliance is reasonable. Reliance on a search warrant signed by a judge is not reasonable in four situations: 1.) when officers mislead the magistrate or judge with information they know to be false or reasonably should have known to be false; 2.) when the magistrate or judge wholly abandons a detached and neutral judicial role; 3.) when the affidavit is so lacking in indicia of probable cause so that reliance on it is unreasonable; or 4.) when the warrant is invalid on its face such that reliance on it is unreasonable. Id. at 914-915. In this case, none of these exceptions to Leon would possibly apply except for the fourth one, that the warrant was facially invalid. However, even if the warrant was technically invalid, it was still reasonable for the officers to rely on it. The chief circuit court judge of Lowndes County issued an order authorizing Judge Russell to sign search warrants in Lowndes County and it was reasonable for officers to rely on it.

Because Judge Russell had authority to issue the search warrant on September 8, 2006, and because the officers were entitled to rely on it in good faith pursuant to Leon, the search of the defendant's residence was permissible and the defendant's motion should be denied.

WHEREFORE, for the reasons described above, the United States respectfully requests that the Defendant's Motion to Suppress be DENIED.

Respectfully submitted this 7th day of April, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Matthew W. Shepherd
          MATTHEW W. SHEPHERD
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, Alabama 36104
          (334) 223-7280
          (334) 223-7135 Fax
          matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:08-cr-005-WKW |
| | ) | |
| CURTIS PORTERFIELD | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Andrew Skier, Esq., attorney for the defendant Curtis Porterfield.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Matthew W. Shepherd
    MATTHEW W. SHEPHERD
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    (334) 223-7280
    (334) 223-7135 Fax
    matthew.shepherd@usdoj.gov

GOVERNMENT EXHIBIT

CASE NO.

EXHIBIT NO. 1

**SECOND JUDICIAL CIRCUIT**

**LOWNDES COUNTY, ALABAMA**

## ORDER

It is **ORDERED** that Crenshaw County District Judge, Thomas E. Sport, and Butler County District Judge, J. MacDonald Russell, Jr., are hereby appointed Acting District Judges in Lowndes County and are authorized to sign search warrants for Lowndes County in the absence of or unavailability of the District Judge of Lowndes County until further ordered by this Court.

DONE this the 1st day of October, 2003.

H. EDWARD McFERRIN
PRESIDING CIRCUIT JUDGE

COPY

I, Ruby Jones, Clerk of the Circuit Court of Lowndes County, Alabama hereby certify this to be a true and correct copy of ORDER on file in my office in Hayneville, Alabama.

Ruby Jones
Lowndes County Circuit Clerk