### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08cr05-WKW |
| | ) | |
| CURTIS PORTERFIELD | ) | |

### MOTION TO DISMISS SUPPRESSION MOTION

**COMES NOW** the Defendant, Curtis Porterfield, by and through his undersigned counsel, Andrew M. Skier, and moves this Honorable Court to dismiss his previously filed Motion to Suppress .

As grounds, the defendant asserts as follows:

1. That the Government has provided supplemental information to the defense that, when considered along with the information provided through discovery, make it clear that the issue presented in the Motion to Suppress has little likelihood of success in obtaining suppression of the objected to evidence.

2. That it is in the best interest of all involved to dismiss the Motion to Suppress and proceed with plea negotiations, which are ongoing.

Dated this 7th day of April, 2008.

Respectfully submitted,

s/Andrew M. Skier
**ANDREW M. SKIER**
505 South Perry Street
Montgomery, AL 36104
Phone: (334) 263-4105
Fax: (334) 263-4766
amskier@mindspring.com
AL Bar Code: SKI013

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shepherd Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/Andrew M. Skier
**ANDREW M. SKIER**
505 South Perry Street
Montgomery, AL 36104
Phone: (334) 263-4105
Fax: (334) 263-4766
amskier@mindspring.com
AL Bar Code: SKI013