IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08cr05-WKW |
| ) | |
| CURTIS PORTERFIELD ) | |

## MOTION TO DISMISS SUPPRESSION MOTION

**COMES NOW** the Defendant, Curtis Porterfield, by and through his undersigned counsel, Andrew M. Skier, and moves this Honorable Court to dismiss his previously filed Motion to Suppress .

As grounds, the defendant asserts as follows:

1. That the Government has provided supplemental information to the defense that, when considered along with the information provided through discovery, make it clear that the issue presented in the Motion to Suppress has little likelihood of success in obtaining suppression of the objected to evidence.

2. That it is in the best interest of all involved to dismiss the Motion to Suppress and proceed with plea negotiations, which are ongoing.

**MOTION GRANTED**

THIS _9th_ DAY OF _April_, 20_08_

_____
UNITED STATES MAGISTRATE JUDGE