**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:08cr05-WKW** |
| **CURTIS PORTERFIELD** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, Curtis Porterfield, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charges contained in the Indictment, pursuant to a negotiated plea agreement with the United States Attorney.

For purposes of scheduling, the undersigned is available for Change of Plea Hearing on Wednesday, April 23, or Friday, April 25 of the upcoming week.

Respectfully submitted this the 20th day of April, 2008.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:08cr05-WKW** |
| **CURTIS PORTERFIELD** | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Hon. Matthew W. Shepherd, Esquire, Assistant US Attorney.

      S/ Andrew M. Skier
     ANDREW M. SKIER  (SKI013)
     PO Box 4100
     Montgomery, AL  36103-4100
     (334) 263-4105 (Voice) (334) 263-4766 (Fax)
     Email:  amskier@mindspring.com