IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:08-cr-0005-WKW |
| | ) | |
| CURTIS PORTERFIELD | ) | |

## **ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 34), and for good cause shown, it is ORDERED that the motion is GRANTED and the forfeiture allegation is hereby STRICKEN.

DONE this the 5th day of May, 2008.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE